IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT LUCKETT JR., NICHOLAS BRIDGEMON and QUINN BUTLER, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11-CV-6461 |
| v. | ) ) | Honorable Gary Feinerman |
| ADVANCED COMMUNICATIONS, INC., MICHAEL A. FALSETTI, DANIEL P. KANAAN and CHARLIE CROFOOT | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO ENTER JUDGMENT
AGAINST MICHAEL FALSETTI**

Plaintiffs, ROBERT LUCKETT, QUINN BUTLER, NICHOLAS BRIDGEMON, KENT JONES, LENELL SMITH and TIMOTHEUS SMITH, respectfully requests that this Honorable Court enter judgment against Defendant, Michael Falsetti in the amount of $50,000 plus reasonable attorney's fees and costs and in support thereof states as follows:

1. On September 25, 2013 this Court approved the Parties' Joint Motion for Approval of Settlement. (Dkt. No. 101)

2. Per the Parties' Agreement, Defendant Falsetti's first installment payment was due no later than October 3, 2013. (*See* Parties' Agreement submitted for the Court's *in camera* review)

3. On October 3, 2013, Plaintiffs' counsel provided Defendant Falsetti with written notice of his default. (*See* Ex. A – October 3, 2013 email)

4. On October 11, 2013, Plaintiffs' counsel provided Defendant Falsetti with written notice that he had failed to cure his default and was now deemed in violation of the Parties' Agreement. (*See* Ex. B – October 11, 2013 email)

5. Pursuant to ¶7 of the Parties' Agreement, Defendant Falsetti has agreed to a confession of judgment in the full amount of the unpaid balance due Plaintiffs in the amount of $50,000. In light of the Parties' Agreement and Defendant Falsetti's breach, Plaintiffs also request that this Court award them reasonable attorney's fees and costs necessary to enforce this Agreement.

WHEREFORE, the Plaintiffs respectfully request the Court grant their Motion, enter judgment against Defendant Falsetti in the amount of $50,000, award Plaintiffs reasonable attorney's fees and costs, and afford all other appropriate relief.

Dated: October 11, 2013　　　　　　　　**STEPHAN ZOURAS, LLP**

　　　　　　　　　　　　　　　　　　　By  /s/ Ryan F. Stephan
　　　　　　　　　　　　　　　　　　　　　Ryan F. Stephan
　　　　　　　　　　　　　　　　　　　　　James B. Zouras
　　　　　　　　　　　　　　　　　　　　　205 N. Michigan, Suite 2560
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　　　　　(312) 233-1550

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*